IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-695-FDW-DCK

| NWR CONSTRUCTION, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SCHINDLER ELEVATOR CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Stay Initial Attorney Conference" (Document No. 18) filed September 16, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Stay Initial Attorney Conference" (Document No. 18) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference **within fourteen (14) days** of the Court's decision on "Plaintiff's Motion To Compel Arbitration And Stay Proceedings" (Document No. 15) unless otherwise ordered by the Court.

**SO ORDERED**.

Signed: September 16, 2024

David C. Keesler
United States Magistrate Judge