UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00695-FDW-DCK

| | |
|---|---|
| NWR CONSTRUCTION, LLC,           ) | |
|           **Plaintiff,**           ) | |
| v.           ) | **ORDER** |
| SCHINDLER ELEVATOR CORPORATION,   ) | |
|           **Defendant.**           ) | |

**THIS MATTER** is before the Court on Defendant Schindler Elevator Corporation's ("Defendant") Motion to Dismiss, (Doc. No. 7). Because this matter is stayed pending arbitration, Defendant's motion is denied without prejudice.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss, (Doc. No. 7), is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: February 7, 2025

_____
Frank D. Whitney
Senior United States District Judge